**Order entered September 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00978-CV

### TEXAS MUTUAL INSURANCE COMPANY, Appellant

### V.

### CORBY W. STEVENSON, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 82551**

## ORDER

Before the Court is appellant's August 24, 2018 motion for an extension of time to file a notice of appeal and the response filed by appellee. We **GRANT** the motion. The notice of appeal filed on August 24, 2018 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
          JUSTICE